UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT HENRY VARTANIAN,

    Petitioner,                                         CIVIL ACTION NO. 2:12-cv-12030

v.                                                      HON. GERALD E. ROSEN

WILLIAM SCHUETTE,

    Respondent,
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's opinion and order dated November 21, 2012, Petitioner's petition for a writ of habeas corpus is DENIED as moot, as petitioner was not in custody when he filed the petition. 28 U.S.C. § 2241(c).

Dated at Detroit, Michigan this 21st day of November, 2012.

                                                                          DAVID J. WEAVER
                                                                          CLERK OF THE COURT

                                                                          BY: s/Julie Owens

APPROVED:

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: November 21, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 21, 2012, by electronic and/or ordinary mail.

                                    s/Ruth A. Gunther
                                    Case Manager